# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| BRIDGESTONE AMERICAS, INC.<br>MASTER PENSION TRUST;<br>THE EMPLOYEE TRUST INVESTMENT<br>COMMITTEE; and BRIDGESTONE<br>AMERICAS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>WESTFORD SPECIAL SITUATIONS FUND<br>LTD.; WESTFORD SPECIAL SITUATIONS<br>FUND II LTD.; WESTFORD SPECIAL<br>SITUATIONS MASTER FUND LP;<br>WESTFORD ASSET MANAGEMENT LLC;<br>SGS ASSET MANAGEMENT LTD.;<br>WESTFORD GLOBAL ASSET<br>MANAGEMENT LTD.; and STEVEN G.<br>STEVANOVICH,<br><br>    Defendants. | Case No. 3:13-cv-00748<br><br>Judge Aleta A. Trauger<br>Magistrate Judge E. Clifton Knowles<br><br>**JURY DEMAND** |

## AGREED ORDER EXTENDING DEADLINES

The parties jointly move the Court to extend the following deadlines. As contemplated by Section F of the Initial Case Management Order [DE #15] and the introduction to the First Amended Case Management Order [DE #20], the parties have been exchanging and continue to exchange documents and information and are continuing to work together in an effort to find a consensual solution. Amending the following deadlines will allow that process to continue. Unless specifically amended below, all provisions of the Initial Case Management Order and the First Amended Case Management Order remain in effect.

1

A. RESPONSIVE PLEADING: Defendants shall file responsive pleadings on or before March 3, 2014, or at such other time upon agreement of the parties or subsequent order of the Court.

B. INITIAL DISCLOSURES: The parties intend to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than February 21, 2014.

C. MOTIONS TO AMEND: The parties shall file all motions to amend on or before April 14, 2014.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge

APPROVED FOR ENTRY:

*/s/ Michael Harmon w/p JLF*
Robert E. Boston (No. 9744)
Ames Davis (No. 2836)
Michael T. Harmon (No. 27279)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
robert.boston@wallerlaw.com
ames.davis@wallerlaw.com
michael.harmon@wallerlaw.com

*Attorneys for Plaintiffs*


*/s/ John L. Farringer*
L. Webb Campbell (No. 11238)
William L. Harbison (No. 7012)
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
wcampbell@sherrardroe.com
bharbison@sherrardroe.com
jfarringer@sherrardroe.com

*Attorneys for Defendants*