IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRIDGESTONE AMERICAS, INC. MASTER PENSION TRUST; THE EMPLOYEE TRUST INVESTMENT COMMITTEE; and BRIDGESTONE AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WESTFORD SPECIAL SITUATIONS FUND LTD.; WESTFORD SPECIAL SITUATIONS FUND II LTD.; WESTFORD SPECIAL SITUATIONS MASTER FUND LP; WESTFORD ASSET MANAGEMENT LLC; SGS ASSET MANAGEMENT LTD.; WESTFORD GLOBAL ASSET MANAGEMENT LTD.; and STEVEN G. STEVANOVICH, <br><br> Defendants. | Case No. 3:13-cv-00748 <br><br> **Judge Aleta A. Trauger** <br> **Magistrate Judge E. Clifton Knowles** <br><br> **JURY DEMAND** |

## AGREED ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS

Based on the signatures of counsel below, it appears to the Court that the parties have agreed to an extension of the deadline for Defendants to file responsive pleadings from March 3, 2014 to March 10, 2014, as the parties discuss potential resolution. The parties do not seek to move any other deadline.

It is, therefore, **ORDERED**, that Defendants shall have until March 10, 2014 to file any responsive pleadings to the Complaint.

1

It is so **ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge

APPROVED FOR ENTRY:

*/s/ Michael Harmon w/p JLF*
Robert E. Boston (No. 9744)
Ames Davis (No. 2836)
Michael T. Harmon (No. 27279)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
robert.boston@wallerlaw.com
ames.davis@wallerlaw.com
michael.harmon@wallerlaw.com

*Attorneys for Plaintiffs*


*/s/ John L. Farringer*
L. Webb Campbell (No. 11238)
William L. Harbison (No. 7012)
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
wcampbell@sherrardroe.com
bharbison@sherrardroe.com
jfarringer@sherrardroe.com

*Attorneys for Defendants*